**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **WANDA ALSTON,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**LITTON LOAN SERVICING, LP, et al.**<br><br>　　**Defendant.** | **Civil Action No. 8:10-cv-1255-PJM** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wanda Alston and Defendant Safeguard Properties, LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

Plaintiff Wanda Alston and Defendant Safeguard Properties, LLC have reached a settlement agreement in this matter. The Plaintiff hereby stipulates that all claims or causes of action against Safeguard Properties, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

SO ENTERED on this _____ day of May, 2012.

_____
United States District Judge

1

Respectfully submitted,

WANDA ALSTON

By:     /s/ C. Sukari Hardnett
C. Sukari Hardnett, Esq.
Law Office of C. Sukari Hardnett
111 Bonifant Street
Silver Spring, MD 20910
*Counsel for Plaintiff*


SAFEGUARD PROPERTIES, LLC

By:     /s/ Robert E. Draim
David D. Hudgins, Esq.
Robert Draim, Esq.
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia 22314
703.739.3300; 703.739.3700 fax
*Counsel for Defendant Safeguard Properties, LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of May 2012, I forwarded a true and accurate copy of the foregoing via electronic filing upon:


C. Sukari Hardnett, Esq.
Law Office of C. Sukari Hardnett
111 Bonifant Street
Silver Spring, MD 20910

Hillary Benson, Esq.
Ballard Spahr LLP
4800 Montgomery Ln Seventh Fl
Bethesda, MD 20814

                                               /s/ Robert E. Draim
                                               Counsel